IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**COURTNEY ANTONIO BURGESS,**

       **Petitioner,**

v.                                   **CASE NO. 5:11-cv-79-RS-CJK**

**PAIGE AUGUSTINE,**

       **Respondent.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 21). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Respondent's Motion to Dismiss (Doc. 16) is **GRANTED**.

3. The Habeas Petition (Doc. 1) is **DISMISSED**.

4. The clerk is directed to close the file.

**ORDERED** on July 31, 2012.

                                           /S/ Richard Smoak
                                           **RICHARD SMOAK**
                                           **UNITED STATES DISTRICT JUDGE**